James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
2222 M Street, Room 309
Merced, CA 95340
Tel:  (209) 385-7564
Fax:  (209) 726-1337

Attorney for Defendant County of Merced

In the United States District Court

For the Eastern District of California, Sacramento

| Noel Lemus, Adolfo Lemus,<br><br>Plaintiffs,<br><br>v.<br><br>County of Merced, Merced County Sheriff's Department, Paul Barile; and Does 1-50, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00359-MCE-EPG<br><br>**Order on Ex Parte Application for an Extension of Time for Defendant County of Merced to Answer or Otherwise Respond** |
|---|---|

Good cause having been shown, Defendant County of Merced shall have up to and including July 1, 2016, to file a responsive pleading in this case.

IT IS SO ORDERED.

Dated: June 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE