James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
2222 M Street, Room 309
Merced, CA  95340
Tel:	(209) 385-7564
Fax:	(209) 726-1337

Attorney for Defendant County of Merced

## In the United States District Court

### For the Eastern District of California, Sacramento

| | |
|---|---|
| Noel Lemus, Adolfo Lemus,<br><br>    Plaintiffs,<br><br>    v.<br><br>County of Merced, Merced County Sheriff's Department, Paul Barile; and Does 1-50, inclusive,<br><br>    Defendants. | Case No. 1:15-cv-00359-MCE-EPG<br><br>**Stipulation and Order Extending Time to Answer** |

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel, that the time to answer the second amended complaint is extended an additional thirty day (30) days to and including August 1, 2016, in order for plaintiffs and defendant County of Merced to evaluate and determine the propriety or necessity of a motion or stipulation to stay the action in the district court against County of Merced pending the outcome of the appeal filed by Defendant Barile.

///

///

1  Dated: June 28, 2016                    JACHIMOWICZ, POINTER & EMANUEL

2

3                                          By:  /s/ Joel P. Waelty (as authorized 6/28/16)
                                                JOEL P. WAELTY
4                                               Attorney for Plaintiffs
                                                ADOLFO LEMUS and NOEL LEMUS
5

6

7  Dated: June 28, 2016                    James N. Fincher
                                           Merced County Counsel
8

9
                                           By:  /s/ Roger S. Matzkind
10                                              Roger S. Matzkind
                                                Chief Civil Litigator
11                                              Attorneys for Defendant
                                                County of Merced
12

13

14                                   ORDER

15
       Pursuant to stipulation of the parties, it is hereby ordered that the time
16
to answer the second amended complaint is extended an additional thirty day
17
(30) days to and including August 1, 2016, in order for plaintiffs and defendant
18
County of Merced to evaluate and determine the propriety or necessity of a
19
motion or stipulation to stay the action in the district court against County of
20
Merced pending the outcome of the appeal filed by Defendant Barile.
21
       IT IS SO ORDERED.
22

23 Dated:  June 29, 2016

24                                         _____
                                           MORRISON C. ENGLAND, JR
25                                         UNITED STATES DISTRICT JUDGE

26

27

28