Joel P. Waelty (SBN 226728)
    Of Counsel for
JACHIMOWICZ LAW GROUP, ATTORNEYS AT LAW
1530 The Alameda, Suite 115
San Jose, California 95126
Tel.: (408) 246-5500
Fax: (408) 246-1051
E-Mail: joel@jachlawgroup.com

Attorneys for Plaintiffs
NOEL LEMUS, ADOLFO LEMUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| NOEL LEMUS, ADOLFO LEMUS,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED, PAUL BARILE<br><br>  Defendants. | No. 1:15-cv-00359-MCE-GSA<br><br>**ORDER GRANTING MOTION TO SEAL DOCUMENT 65-1** |

Good cause having been shown, the Clerk of the Court is directed to seal the document filed at ECF No. 65-1. Plaintiff is further ordered to file a redacted version of the same.

**IT IS SO ORDERED.**

**Dated: February 5, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE