Joel P. Waelty (SBN 226728)
  Of Counsel for
JACHIMOWICZ LAW GROUP, ATTORNEYS AT LAW
1530 The Alameda, Suite 115
San Jose, California 95126
Tel.: (408) 246-5500
Fax: (408) 246-1051
E-Mail: joel@jachlawgroup.com

Attorneys for Plaintiffs
NOEL LEMUS, ADOLFO LEMUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| NOEL LEMUS, ADOLFO LEMUS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED, PAUL BARILE<br><br>Defendants. | No. 1:15-cv-00359-MCE-EPG<br><br>**ORDER GRANTING MOTION FOR DESIGNATION AS SUCCESSOR IN INTEREST TO DECEDENT ADOLFO LEMUS' INTERESTS IN THIS CIVIL ACTION** |

Having reviewed and considered Plaintiffs' unopposed Motion to Designate Maria O. Lemus as Successor in Interest to Decedent Adolfo Lemus (ECF No. 65), and good cause appearing, said Motion is GRANTED. Maria O. Lemus is hereby designated as the Successor-In-Interest of decedent Plaintiff Adolfo Lemus' surviving

////

////

ORDER GRANTING
MOTION FOR DESIGNATION AS SPECIAL
ADMINISTRATOR OF DECEDENT ADOLFO LEMUS'
INTERESTS IN THIS CIVIL ACTION
Case No. 1:15-cv-00359-MCE-GSA

1

interests in the present civil action. She is authorized to direct the litigation, make all substantive decisions, resolve and sign agreements on behalf of decedent Adolfo Lemus.

**IT IS SO ORDERED.**

Dated: February 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
MOTION FOR DESIGNATION AS SPECIAL
ADMINISTRATOR OF DECEDENT ADOLFO LEMUS'
INTERESTS IN THIS CIVIL ACTION
Case No. 1:15-cv-00359-MCE-GSA

2