Joel P. Waelty (SBN 226728)
    Of Counsel for
JACHIMOWICZ LAW GROUP, ATTORNEYS AT LAW
1530 The Alameda, Suite 115
San Jose, California 95126
Tel.: (408) 246-5500
Fax: (408) 246-1051
E-Mail: joel@jachlawgroup.com

Attorneys for Plaintiffs
NOEL LEMUS, MARIA LEMUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| NOEL LEMUS, ADOLFO LEMUS,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED, PAUL BARILE<br><br>  Defendants. | No.  1:15-cv-00359-MCE-GSA<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 45 days in which to file the dismissal.

Dated:  March 28, 2019        JACHIMOWICZ LAW GROUP

                                 /s/ Joel P. Waelty
                              joel@jachlawgroup.com
                              Attorney for Plaintiffs
                              MARIA LEMUS and NOEL LEMUS