1  Joel P. Waelty (SBN 226728)
        Of Counsel for
2  JACHIMOWICZ LAW GROUP, ATTORNEYS AT LAW
   1530 The Alameda, Suite 115
3  San Jose, California 95126
   Tel.: (408) 246-5500
4  Fax: (408) 246-1051
5  E-Mail: joel@jachlawgroup.com

6  Attorneys for Plaintiffs
   NOEL LEMUS, MARIA LEMUS
7

8              UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

10

11  NOEL LEMUS, ADOLFO LEMUS,            )  No.  1:15-cv-00359-MCE-GSA
                                         )
12                                       )
          Plaintiffs,                    )  **STIPULATION OF DISMISSAL**
13                                       )
    vs.                                  )  **Fed. R. Civ. P. 41(a)(1)(A)(ii)**
14                                       )
    COUNTY OF MERCED, PAUL BARILE        )
15                                       )
          Defendants.                    )
16                                       )
                                         )

17      IT IS HEREBY STIPULATED by and between the parties to this action through

18  their designated counsel that the above-captioned action be and hereby is dismissed

19  with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

20  **IT IS SO STIPULATED.**

21
    Dated:  April 9, 2019          JACHIMOWICZ LAW GROUP
22

23           /s/ Joel P. Waelty
    joel@jachlawgroup.com
24  Attorney for Plaintiffs
    LEMUS and NOEL LEMUS
25

26

27

28

JACHIMOWICZ LAW GROUP
1530 THE ALAMEDA, SUITE 115
SAN JOSE, CALIFORNIA 95126
(408) 246-5500

Dated:  April 9, 2019          MERCED COUNTY COUNSEL

        /s/ Roger S. Matzkind
RMatzkind@co.merced.ca.us
Attorney for Defendant
COUNTY OF MERCED

Dated:  April 9, 2019          BERRY WILKINSON LAW GROUP

        /s/ Alison Berry Wilkinson
alison@berrywilkinson.com
Attorney for Defendant
PAUL BARILE

ATTESTATION OF E-FILER

Counsel of record for Plaintiffs, Joel P. Waelty, attests to the concurrence in the filing of the document has been attained from counsel of record for Defendants for the filing of Stipulation and Proposed Order of Dismissal.

Dated:  April 9, 2019          JACHIMOWICZ LAW GROUP

        /s/ Joel P. Waelty
joel@jachlawgroup.com
Attorney for Plaintiffs
MARIA LEMUS and NOEL LEMUS

JACHIMOWICZ LAW GROUP
1530 THE ALAMEDA, SUITE 115
SAN JOSE, CALIFORNIA 95126
(408) 246-5500

STIPULATION OF DISMISSAL
Case No. 1:15-cv-00359-MCE-GSA

2